# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DWAN MAURICE HEWLETT,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00016-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Dwan Maurice Hewlett's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 15]. On May 14, 2024, the Grand Jury returned a four-count Indictment [Doc. 1] charging Defendant with various drug- and firearm-related crimes.[1] On June 18, 2024, Defendant pled "not guilty" at his arraignment and was detained pending trial. [Doc. 13]; [Doc. 14]; [Doc. 17]. On June 20, 2024, the Court scheduled Defendant's pretrial conference for July 2, 2024.

Defendant filed this Motion on June 21, 2024, seeking a continuance. [Doc. 20]. In his Motion, Defendant states that he "received discovery on June 21, 2024," and "will

---

[1] The Indictment [Doc. 1] charges Defendant Hewlett with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine in violation of 21 U.S.C. §§ 846 and 841; one count of Possession with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vi), and (b)(1)(C); one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §§ 2 and 924(c)(1)(A)(i); and one count of Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924 (e)(1). [Doc. 1, pp. 1–3].

need time to fully evaluate" it. [*Id.* at p. 1]. Defendant represents that the Government does not oppose this Motion. [*Id.* at p. 2].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel for Defendant the reasonable time necessary to review discovery and effectively prepare, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion [Doc. 20] and **CONTINUES** the Pretrial Conference until August 13, 2024, and the trial of this matter until September 23, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 21st day of June, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**