IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAN MAURICE HEWLETT,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00016-TES-CHW-1 |

### ORDER GRANTING CONSENT MOTION FOR CONTINUANCE

Before the Court is the Government's Consent Motion for Continuance in the Interest of Justice [Doc. 36]. On May 14, 2024, the Grand Jury returned a four-count Indictment [Doc. 1] charging Defendant with various drug- and firearm-related crimes. Defendant pled "not guilty" at his arraignment on June 18, 2024, and was detained pending trial. [Doc. 13]; [Doc. 14]; [Doc. 17]. The Court has continued this case twice, most recently setting the case for trial the week of October 28, 2024. *See* [Doc. 21]; [Doc. 27].

The Government filed this Motion on October 7, 2024, seeking a third continuance. [Doc. 36]. In support, the Government states that "a necessary and crucial witness"—a DEA chemist who tested some of the drugs that were seized in this case—"is experiencing medical issues which prevent her from traveling to testify." [*Id.* at ¶ 2]. The Government further explains that another DEA chemist can retest the drugs and

testify, but this cannot be accomplished in time for the current trial date. [*Id.* at ¶ 3]. The Government also represents that Defendant consents to the requested continuance. [*Id.* at ¶ 4].

The Court finds that granting the Government's request serves the ends of justice. The Court further finds that the ends of justice served by granting the Government's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the Government the testimony of an "essential witness" whose "whereabouts are known but [whose] presence for trial cannot be obtained by due diligence." *See* 18 U.S.C. § 3161(h)(3).

Thus, the Court **GRANTS** the Government's Motion [Doc. 36] and **CONTINUES** the Pretrial Conference until October 24, 2024, and the trial of this matter until December 2, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(3).

**SO ORDERED**, this 7th day of October, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**